# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| SUNSET CONCEPTS I.P. FIRM, LLC<br><br>*Plaintiff*<br><br>v.<br><br>DISCOVERY COMMUNICATIONS INC.<br><br>*Defendant* | CASE NO:<br><br><br>**COMPLAINT**<br>**JURY TRIAL DEMAND** |

## COMPLAINT

Plaintiff Sunset Concepts I.P Firm, LLC ("Sunset Concepts") by and through its undersigned counsel, hereby brings suit against Discovery Communications, Inc. ("Discovery") and states as follows:

### NATURE OF THE CASE

1. This case arises out of the Defendant's misappropriation of Sunset Concepts' creative ideas for a new television network and accompanying television programming. This is an action for misappropriation of ideas and breach of contract.

## THE PARTIES

2. Sunset Concept I.P. Firm, LLC is a Florida limited liability company and maintains its principal place of business in Brandon, Florida.

3. Discovery Communications, Inc. is incorporated under the laws of the State of Delaware and maintains its principal place of business in Silver Spring, Maryland. Discovery maintains significant operations in Miami, Florida.

## JURISDICTION AND VENUE

4. This is an action for damages in excess of $75,000.

5. Subject matter jurisdiction exists under Title 28 U.S.C. §1332(a)(1), in that there is diversity of citizenship between Plaintiff and Defendant.

6. Defendant is subject to the personal jurisdiction in the State of Florida as it conducts continuous and systematic business activities within the State of Florida.

7. Venue is proper under 28 U.S.C. § 1391(b)(1) because the Defendant is deemed to reside in the Southern District of Florida for the purposes of venue.

## FACTUAL BACKGROUND

### The Concept: Care Free TV

8. Over the course of several years beginning in 2003, Susan Kasi, the principal of Sunset Concepts, developed a concept for a television network called Care Free TV.

9. The CareFree TV concept was built around the philosophy of providing transformative, experiential and therapeutic television programming.

10. This programming would include footage of beautiful and inspiring places, guided imagery, meditation, music, art and philosophy.

11. CareFree TV would air a mix programming that previously had not been seen on a major television network.

12. Kasi developed ideas for more than twenty specific programs along with proposed celebrity and guest contributors ranging from prominent musicians to more obscure psychologists, destinations to be filmed, music selections to be used, network catchphrases and launch commercials.

13. From the beginning, Kasi developed the concept to be a perfect fit for Oprah Winfrey and her audience.

14. Because of this, Kasi originally contacted both Oprah's production company Harpo Productions and the Oxygen Network, a network of which Oprah was a part owner, regarding Care Free TV. Neither Harpo nor Oxygen were interested in considering Kasi's proposed network.

15. Kasi continued to search for other existing networks that could fit with her concept. One of those networks was Discovery.

The Pitch and the Contract Negotiations

16. In the spring of 2006, Kasi enlisted the help of Julie Stewart Jorgensen to pitch the concept to Discovery. Jorgensen had a lengthy and successful track-record in the industry. She had served as a senior producer at CNN and had written and produced a number of programs for networks such as A&E, Lifetime and the Travel Channel (which was formerly owned by Discovery Communications).

17. In May of 2006, Kasi wrote to Discovery regarding the new network. After following up with Discovery several times over the next few months, her pitch eventually reached the attention of Neville Meijers.

18. At the time, Meijers was an executive vice president at Discovery Communications who was responsible for developing new media.

19. In late October 2006, the parties conducted a conference call between Meijers, Kasi and Jorgensen.

20. Following the conference call, Meijers sent an email to Kasi attaching Discovery's standard confidentiality agreement.

21. Meijers remarked that he looked forward to meeting with Kasi shortly and exploring her "very intriguing" concept.

22. Over the weeks that followed, the parties engaged in negotiations regarding certain specific provisions of the confidentiality agreement.

23. After several emails back and forth, and the input of counsel from both sides, the parties reached an agreement. Discovery agreed to insert a provision into the contract that contained the following language:

    "[D]iscovery will not use any of the Company's Confidential Information without the prior written consent of and the payment of compensation to Company . . ."

24. The parties executed the confidentiality agreement on December 11, 2006. *See* Exhibit A.

25. After the confidentiality agreement was executed, Kasi mailed a detailed copy of her pitch for the Care Free TV Network to Meijers.

26. Roughly a week later, Discovery communicated to Kasi that they were passing on her proposal.

The Negotiations Continue

27. In spite of these setbacks, Kasi continued to reach out to various individuals at Discovery in hopes of getting her proposal in front of the right person.

28. By August 2007, the proposal had reached the desk of Rita Mullin, then a senior vice president at Discovery.

29. In October 2007, Kasi participated in a conference call with Mullin to discuss specific details of her pitch.

30. Kasi pitched the proposed network to Mullin as a project that would be a perfect fit for Oprah. At this time, Oprah was still with Oxygen and had no affiliation with Discovery.

31. Over the next few weeks, Kasi and Mullin exchanged numerous emails regarding the proposed network.

32. During that time, Mullin passed Kasi's proposal along to several other individuals within the company, including Mary Beth Dale and Susan Campbell.

33. In January 20'08, Discovery announced that it had formed a joint venture with Harpo, Oprah's production company, to launch Oprah Winfrey Network. At this time, Discovery was still in communication with Kasi and still had copies of her CareFree TV pitch in its possession.

34. In February 2008, Mullin suggested to Kasi that she reach out to Susan Campell. Kasi indicated to Mullin that she would continue to pursue the project with Dale and Campbell, believing that it would be a perfect fit for Oprah.

35. Throughout this process, Mullin agreed that at least some parts of Kasi's proposal were attractive to Discovery.

36. For instance, in a March 2008 email, Mullin remarked that she thought there might have been an opportunity for exploring short programming such as making greater use of short segments and vignettes.

37. Like many others at Discovery, Mary Beth Dale was intrigued by Kasi's proposal. On April 24, 2008, she emailed Kasi requesting additional information on Care Free TV.

38. After several weeks, Dale contacted Kasi again and informed her that the initial proposal had been misplaced. Kasi then sent an updated proposal.

39. A month later, Dale sent a follow up email to Kasi, indicating that she would review the newest proposal shortly. Dale also offered an explanation for the delay. According to Dale, Discovery could not make any big strategic decisions regarding programming for OWN until they had named a CEO for the network. Further, they were in the midst of strategic planning for Discoveryhealth.com. It was "not a fast process," but Dale closed her email "I look forward to receiving the materials and will contact you when I return regarding taking next steps."

40. A few weeks passed and Kasi heard nothing from Discovery. Throughout the summer of 2008, she repeatedly attempted to reach out to Dale, Mullin and Campbell regarding the status of the Care Free TV proposal.

41. Finally, some four months later, Kasi received an email from Mullin. After two years of repeatedly expressing interest in the proposal, Discovery wanted to clarify: "Apologies if MB [Dale] and I were not clear in our separate conversations w/u a few months ago, but we don't see an opportunity for Stress Free TV either on Discovery Health Channel or Discoveryhealth.com."

A String of Coincidences

42. After numerous delays, the Oprah Winfrey Network (OWN) – a joint venture between Discovery and Harpo Productions - began airing programming on January 1, 2011.

43. In January 2012, following a shakeup in the top ranks of OWN, Discovery dispatched industry veteran Rita Mullin to assist the network with programming development.

44. Mullin had been directly involved in the negotiations with Kasi regarding the development of the Care Free TV concept.

45. Although Discovery executives earlier concluded that there was no place at the Network for Kasi's ideas, OWN began airing programming that resembled what Kasi had proposed.

46. Through a combination of television and internet programming, OWN has utilized a number of the concepts contained in the pitches that Kasi submitted to Discovery:

**Concept and Theme**

47. OWN has utilized a number of Kasi's thematic concepts. OWN embraced the same philosophy of providing transformative, experiential, therapeutic programming that inspires and uplifts.

48. The pitches for Care Free TV billed the network as a new type of television network that "enriches the mind and soothes the soul." One of the network's catchphrases was "Your place for positive programming."

49. Oprah has described OWN as "A new kind of television where people would respond to the idea of something meaningful and positive in their lives. . . Something that could be nurturing for their spirit, for their soul, for their mind."

50. In CareFree TV, Kasi proposed a network that would utilize experiential programming, particularly through utilizing guided imagery and meditation. A key element of OWN's most successful programming is that it is experiential, repeatedly utilizing guided imagery and meditation.

51. Consistent with the focus on experiential programming, Kasi proposed a network designed to completely immerse the viewer in each experience. This gave rise to the proposed network catchphrase "We take you there." This same concept – and this exact phrase, has been repeatedly utilized by OWN.

52. Likewise, OWN has repeatedly used the phrase "celebrate life," another of Care Free TV's catchphrases.

53. Other core elements of CareFree TV's philosophy are present (and even explicitly stated) in OWN programming, including respecting viewers and promoting conscious living.

### Super Soul Sunday

54. Nowhere is Discovery's misappropriation of Kasi's creative ideas more readily apparent than in the OWN program Super Soul Sunday.

55. The pitches submitted to Discovery proposed a network that would provide a "revitalizing mix of art, poetry, philosophy and specials. . ."

56. Super Soul Sunday is a three-hour block of inspirational programming billed as featuring a mix of "art, culture, science, philosophy and spirituality."

57. In pitching her network concept, Kasi proposed utilizing a series of vignettes or short segments. Super Soul Sunday is built largely around this same structure.

58. Kasi proposed a show called "Daydreams," which was intended to be a meditative experience. Daydreams would present footage of beautiful, serene landscapes from around the world, accompanied by music and guided imagery.

59. In communications with Discovery, Kasi presented Daydreams as a show that would take a segment of Oprah's Magazine – called Breathing Space – and "*bring Breathing Space to life*, expanding on it in new and exciting ways."

60. Daydreams was designed to take viewers into these beautiful places and provide for a moment of peace, tranquility and meditation and was perfectly aligned with Care Free TV's catchphrase (and core philosophy) "we take you there."

61. In correspondence with Discovery and Discovery's agents, Kasi pitched the program as providing viewers "their sweet escape."

62. In April 2009, the initial lineup of OWN programming did not include anything similar to the Daydreams concepts.

63. In the fall of 2011, when OWN launched its new program Super Soul Sunday, that program contained a segment called Breathing Space.

64. In describing the new Breathing Space program, Oprah has indicated that she "can't think of a better place to *bring breathing space alive.*"

65. In one of the first Breathing Space vignettes, Oprah takes the audience to the Northwest's Pacific Crest Trail. In leading into the dramatic footage of cascading waterfalls, Oprah remarks, "Of course, we take you there."

66. Breathing Space is built upon the Daydreams concept that Kasi proposed to Discovery in 2006.

67. Other specific Breathing Space segments have mirrored proposed Care Free TV programming, including segments that involved meditative footage of passing clouds (similar to the proposed program Cloud Scapes) and a segment dedicated to a day at Dog Beach (similar to the proposed Pet Time).

68. Super Soul Sunday also uses the concept from a proposed show called "My Favorite Things." One aspect of the show involved inviting viewers to submit photographs of their favorite places for a chance to be aired.

69. Oprah.com asks, "Where do you find beauty in the world?" and urges viewers: "Beauty can be found even where you least expect it. Super Soul Sunday wants to see photos of someplace or something you find beautiful. Submit your pictures today!"

70. Another part of the Care Free TV concept involved short segments of "dance breaks" and "good news breaks."

71. OWN has utilized both of these concepts as part of Super Soul Sunday.

72. The show has aired segments called "60 Second Disco" and "Dancewalk", which, as the names suggests, involve spur-of-the-moment dance breaks and spontaneous dance celebrations.

73. The pitches submitted to Discovery also proposed a show called "The Good News" and short segments called "Good News Breaks." As the names suggest, these shows and segments would air feel good news and good news updates.

74. Again, as part of Super Soul Sunday, OWN has aired short segments interviewing people about the good news in their lives with the phrase "Good News" prominently displayed on the screen.

75. The pitches submitted to Discovery proposed a show called Birds Eye, which would feature aerial shots of major cities, beaches and natural settings.

76. Again, as part of Super Soul Sunday, OWN recently aired a Breathing Space clip called "A New View of Chicago," which featured an aerial look at Chicago.

77. Many of the ideas that Plaintiff presented to Discovery as part of the pitches have been utilized by Discovery as elements of Super Soul Sunday.

78. Super Soul Sunday won an Emmy in February 2012.

### Other Programming Concepts

79. Discovery also misappropriated other concepts from the Care Free TV proposals.

80. The pitches submitted to Discovery emphasized the role that television could play in stress reduction by bringing meditation to the masses. Kasi enclosed materials in the pitches related to the value of meditation, the power of group meditation and background on Maharishi University, a school for meditation located in rural Fairfield, Iowa.

81. In October 2011, Oprah traveled to Fairfield, Iowa to mediate with 400 women at Maharishi University bringing meditation to the masses.

82. In February 2012, the experience was covered in The Oprah Magazine. In March, the show Oprah's Next Chapter focused on Oprah's visit to Fairfield and her meditation experience. In the time since the network launched, OWN has also offered guided meditation programming through the OWN website.

83. The pitches submitted to Discovery proposed a show called My Hometown where cameras would follow celebrities on a visit back to the towns where they grew up to

discuss their childhood, memories and life lessons learned.  The concept has been used repeatedly, including visits to the hometowns of Steven Colbert, Rihanna, 50 Cent and Shania Twain.

84. In short, Discovery engaged Kasi in a dialogue about the Care Free TV concept, repeatedly expressed interest in the concept, repeatedly asked for more information about the concept, and repeatedly expressed favorable views about the concept only to abruptly break off talks with Kasi after nearly two years' worth of discussions.

85. Subsequently, Discovery entered into a joint venture with Oprah Winfrey's Harpo Productions – a pairing suggested by Kasi – and has rolled out a network, the Oprah Winfrey Network, that is based on many of the same themes and utilizes many of the same specific concepts contained in the CareFree TV pitch.

## COUNT I

## BREACH OF CONTRACT

86. Plaintiff repeats and realleges every allegation set forth in paragraphs 1 through 85 above as if fully set forth herein.

87. Plaintiff had a valid and binding contract with Discovery.

88. Under the terms of the agreement between Plaintiff and Discovery, Discovery agreed that it would not use the information contained in Plaintiff's various pitches without both obtaining Plaintiff's permission and compensating Plaintiff for the use of those ideas.

89. The ideas contained in Plaintiff's various pitches represented unique ideas, and collectively a unique idea, that had economic value.

90. On information and belief, Discovery has used Plaintiff's ideas and concepts without Plaintiff's permission and without paying Plaintiff any compensation, in violation of the confidentiality agreement.

91. As a result of Discovery's breach of the contract, Plaintiff has suffered damages in an amount to be determined at trial.

## COUNT II

## BREACH OF THE DUTY OF

## GOOD FAITH AND FAIR DEALING

92. Plaintiff repeats and realleges every allegation set forth in paragraphs 1 through 85 above as if fully set forth herein.

93. Plaintiff had a valid and binding contract with Discovery under which Plaintiff shared certain creative ideas with Discovery for the purposes of possible collaboration in developing new television programming for the network.

94. Over the course of two years, Discovery engaged in a dialogue regarding the CareFree TV proposal in which numerous high-level Discovery executives expressed interest in Plaintiff's ideas.

95. After gaining Plaintiff's trust and gaining access to Plaintiff's ideas and proposals in confidence, and after repeatedly expressing interest in those ideas and proposals, Discovery abruptly broke off contact with Plaintiff claiming that it was not interested in Plaintiff's proposals.

96. Discovery subsequently developed a number of programs as part of OWN that are based on the pitches Plaintiff submitted to Discovery.

97. Discovery, however, has endeavored to alter Plaintiff's original ideas and programming concepts just enough to allow it to plausibly deny that any OWN programming is based on the pitches submitted by Plaintiff.

98. Discovery has used Plaintiff's ideas without Plaintiff's permission and without compensating Plaintiff, in violation of the parties' contract.

99. The contract between Plaintiff and Discovery contained an implied duty of good faith and fair dealing by and between the parties.

100. Plaintiff fully performed all covenants, conditions and obligations required under the contract, including providing Discovery with certain creative materials related the proposed CareFreeTV network.

101. Discovery, by the conduct complained of herein, had breached the duty of good faith and fair dealing owed to Plaintiff.

102. Plaintiff has been damaged by Discovery's breach of the duty of good faith and fair dealing and is entitled to damages in an amount to be determined at trial.

## COUNT III

## MISAPPROPIATION OF IDEAS

103. Plaintiff repeats and realleges every allegation set forth in paragraphs 1 through 85 above as if fully set forth herein.

104. Plaintiff provided information regarding the Care Free TV concept to Discovery in confidence and solely for the purpose of Discovery evaluating those concepts for use in connection with the Oprah Winfrey Network.

105. The ideas that Plaintiff provided to Discovery represented unique ideas that had economic value.

106. Discovery has misappropriated the ideas and concepts that Plaintiff disclosed to it and has used those ideas without permission from, notice to or credit given to Plaintiff.

107. As a result of Discovery's conduct, Plaintiff has been damaged in an amount to be determined at trial.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant in an amount exceeding $75,000, attorney fees, costs, interest and such further relief as the Court may deem just and proper.

### JURY TRIAL DEMAND

Plaintiff demands a jury trial for all issues so triable.

Date: June 4, 2013

Respectfully submitted,

By: s/ Jonathan Pollard

Jonathan E. Pollard
Florida Bar No. 83613
jpollard@pollardllc.com
401 E. Las Olas Blvd. #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731

Attorney for Plaintiff
Sunset Concepts I.P. Firm, LLC