# EXHIBIT A

## Confidentiality Agreement

Discovery Communications, Inc. (Discovery) and Sunset Concepts (the Company) on December 11, 2006 hereby agree as follows:

Discovery and Company hereby acknowledge their intent to consider, review and evaluate a possible agreement between Discovery and Company for the development of a television network. Company may from time to time disclose to Discovery certain materials and other confidential information or trade secrets regarding its ideas, treatments, stories and/or other businesses (the Confidential Information).

Discovery acknowledges that Company is acting in reliance upon Discovery agreement to perform under this agreement and would not disclose the Confidential Information absent Discovery agreement hereto.

Discovery agrees that it shall not disclose the Confidential Information except in conformity with this agreement. Discovery shall limit disclosure to the officers, employees and agents of Discovery with a reasonable "need to know" the Confidential Information, and shall protect the same from disclosure with reasonable diligence.

Discovery agrees to keep all the Confidential Information in strict confidence for a period of one (1) year from the date of receipt, except to the extent required by law (including in the context of a court or arbitration proceeding).

As to all information that Company claims is Confidential Information hereunder, Company shall reduce the same to writing prior to disclosure and shall conspicuously mark the same as confidential, not to be disclosed or with other clear indication of its status. With regard to the Confidential Information that Company is disclosing in other than written form, Company shall be required prior to or at the same time that the disclosure is made to provide written notice of the secrecy claimed by Company. Upon 30 days written notice, Discovery agrees to return any confidential tangible material, including, as applicable, the Confidential Information, provided to it by Company.

The obligation of non-disclosure shall terminate when and if any of the following occurs:

a. the Confidential Information becomes known to the public or otherwise loses its status as confidential through no fault of Discovery;

b. the Confidential Information is disclosed by Company publicly or in some other way without any non-disclosure obligation;

c. a period of twelve (12) months passes from the disclosure; or

d. Discovery is required by law to disclose the Confidential Information, in which case Discovery agrees to provide notice to Company sufficiently in advance to permit Company to seek an appropriate protective order.

Without limiting the generality of the foregoing, Discovery will not use any of Company's Confidential Information without the prior written consent of and the payment of compensation to Company, the latter of which shall be negotiated by separate agreement. In any event, the obligations of non-disclosure and non-use shall not apply to information that was known to Discovery prior to its disclosure by Company or developed by Discovery without use of the Confidential Information. Company acknowledges and agrees that Discovery currently may be developing services and products and may develop in the future services and products that are similar or even competitive to Company Confidential Information and other information that Company may disclose to Discovery, and nothing contained in this Agreement or otherwise shall limit Discovery ability now or in the future to develop, acquire and otherwise exploit similar or competitive products and services, provided that Discovery is in compliance with its obligations under this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Confidentiality Agreement as of the date first above written.

SUNSET CONCEPTS

By: [signature]
Name: SUSAN KASE
Title: Founder

DISCOVERY COMMUNICATIONS, INC.

By: [signature]
Name: N. MENGES
Title: EVP BUSINESS STRATEGY & NEW MEDIA